DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
Email: Darrell.Dennis@LewisBrisbois.com
JEFFREY D. OLSTER, ESQ.
Nevada Bar No. 008864
Email: Jeff.Olster@LewisBrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendant*
*GEICO Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERRIE L. DEMORE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO INDEMNITY COMPANY, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:13-cv-01363-MMD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED and AGREED between plaintiff Gerrie Demore, by and through her counsel, Ralph A. Schwartz, P.C., and defendant GEICO Indemnity Company ("GEICO") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that that all of Plaintiff's claims and causes of action against GEICO in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

4815-5821-4936.1

Demore v. Geico
Case No. 2:13-cv-01363-MMD-VCF

1  IT IS FURTHER STIPULATED AND AGREED that Plaintiff's prayer for exemplary and
2  punitive damages shall also be dismissed with prejudice.
3  DATED this 26th day of February, 2014.        DATED this 26th day of February, 2014.
4  RALPH A. SCHWARTZ, P.C.                       LEWIS BRISBOIS BISGAARD & SMITH LLP

7  By  /s/ Ralph A. Schwartz                     By  /s/ Danielle C. Miller
    RALPH A. SCHWARTZ, ESQ.                          DARRELL D. DENNIS, ESQ.
8   Nevada Bar No. 005488                            Nevada Bar No. 006618
    400 South Fourth Street, Suite 100               JEFFREY D. OLSTER, ESQ.
9   Las Vegas, Nevada 89101                          Nevada Bar No. 008864
                                                     DANIELLE C. MILLER, ESQ.
10  *Attorneys for Plaintiff*                        Nevada Bar No. 009127
                                                     6385 S. Rainbow Boulevard, Suite 600
11                                                   Las Vegas, Nevada 89118
                                                     *Attorneys for Defendant GEICO*
12                                                   *Indemnity Company*

Demore v. Geico
Case No. 2:13-cv-01363-MMD-VCF

# ORDER

Based upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint, as well as Plaintiff's prayer for exemplary and punitive damages, is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 27th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller

By _____
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
JEFFREY D. OLSTER, ESQ.
Nevada Bar No. 008864
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO Indemnity Company*